**MCGUIREWOODS LLP**
Matthew C. Kane, Esq. (SBN 171829)
    Email: mkane@mcguirewoods.com
Michelle R. Walker, Esq. (SBN 167375)
    Email: mwalker@mcguirewoods.com
Bethany A. Pelliconi, Esq. (SBN 182920)
    Email: bpelliconi@mcguirewoods.com
Sylvia J. Kim, Esq. (SBN 258363)
    Email: skim@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendant
BANK OF AMERICA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCO; on behalf of himself, and on behalf of all persons similarly situated,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA,<br><br>    Defendant. | **CASE NO. 09CV1364 LAB BLM**<br><br>**DEFENDANT BANK OF AMERICA'S NOTICE OF MOTION AND MOTION FOR STAY OF ALL PROCEEDINGS IN LIGHT OF PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION APPLICATION**<br><br>[Filed Concurrently with Memorandum of P & As In Support of Motion for Stay; (Proposed) Order on Motion for Stay]<br><br>**DATE:** March 8, 2010<br>**TIME:** 11:15 a.m.<br>**COURTROOM:** 9 |

1  TO PLAINTIFF JUAN FRANCO AND HIS COUNSEL OF RECORD

2      PLEASE TAKE NOTICE that on March 8, 2010, at 11:15 a.m. or as soon
3  thereafter as the matter may be heard in Department 9 of the above-entitled Court,
4  located at 940 Front Street, San Diego, California, the Motion for Stay of All
5  Proceedings in Light of Pending Judicial Panel on Multidistrict Litigation
6  Application ("Motion to Stay") of Defendant BANK OF AMERICA, N.A.
7  (erroneously sued herein a "Bank of America") will come on regularly for hearing.
8  This Motion is brought pursuant to Local Rule 7.1 on the grounds that, on December
9  10, 2009, counsel for BANA filed an Application and Motion to Transfer all of the
10 actions with the Judicial Panel on Multidistrict Litigation pursuant to 28 U.S.C. §
11 1407, requesting that the twelve pending federal cases, currently venued in eight
12 judicial districts, be coordinated in and transferred to a single judicial district in the
13 Central District of California. This matter is incorporated in the pending Application
14 and Motion.

This Motion is based upon this Notice of Motion and Motion for Stay and the Memorandum of Points and Authorities in Support of this motion filed concurrently herewith, as well as other documents and records on file herein, which BANA requests the Court take judicial notice of, and any oral and/or documentary evidence which may be presented to the Court, up to and including the time of the hearing on this Motion.

DATED: December 10, 2009          **MCGUIREWOODS LLP**

By: _____
Michelle R. Walker
Matthew C. Kane
Bethany Pelliconi
Sylvia J. Kim

Attorneys for Defendant
BANK OF AMERICA

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is McGuireWoods LLP, 1800 Century Park East, 8th Floor, Los Angeles, CA 90067. On December 10, 2009, I served the document(s) described below in the manner set forth below:

**DEFENDANT BANK OF AMERICA'S NOTICE OF MOTION AND MOTION FOR STAY OF ALL PROCEEDINGS IN LIGHT OF PENDING JUDICIAL PANEL ON MULTIDISTRICT LITIGATION APPLICATION**

<u>XX</u>   (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Southern District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on December 10, 2009 at Los Angeles, California.

    /s/ Michelle R. Walker
**Michelle R. Walker**

PROOF OF SERVICE