**Transferred case has been opened**
**KSD_CMECF**  to: InterdistrictTransfer_casd           04/19/2010 01:01 PM

```
CASE: 3:09-cv-01364

DETAILS: Case transferred from California Southern
has been opened in DISTRICT OF KANSAS
as case 2:10-cv-02217, filed 04/19/2010.
```